**STATE of Missouri, Respondent,**

v.

**Kenneth I. WEBB,
Defendant/Appellant.**

**No. ED 84059.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 17, 2005.

S. Kristina Starke, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa M. Kennedy, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN and MARY K. HOFF, JJ.

## ORDER

PER CURIAM.

The defendant, Kenneth Webb, appeals the judgment entered upon his convictions by a jury for one count of the class A felony of first-degree assault and one count of the class B felony of first-degree assault, Section 565.050 RSMo.2000,[1] two counts of armed criminal action, section 571.015, one count of the class A felony of unlawful use of a weapon, section 571.030, and one count of leaving the scene of a shooting, section 577.068.

We have reviewed the parties' briefs and the record on appeal and find no error. An extended opinion reciting the detailed facts and restating the principles of law

---

1. All statutory references are to RSMo.2000.

would have no precedential value. The parties, however, have been furnished with a memorandum, for their information only, setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).